166 F.3d 1152
 Beth Ann FARAGHER; Nancy Ewanchew, Plaintiffs-Appellants,
Cross-Appellees,
v.
CITY OF BOCA RATON, a political subdivision of the State of
Florida, Defendant-Appellee, Cross-Appellant,
Bill Terry; David Silverman, Defendants-Appellees.
 No. 94-4878.
 United States Court of Appeals,
Eleventh Circuit.
 Feb. 4, 1999.
 
 William R. Amlong, Amlong & Amlong. P.A., Ft. Lauderdale, FL, Carolyn L. Wheeler, EEOC, Washington, DC, for Plaintiffs-Appellants, Cross-Appellees.
 Cathy M. Stutin, Peter J. Hurtgen, Morgan, Lewis & Bockius, Miami, FL, for City of Boca Raton.
 Michael T. Burke, Christine M. Duignan, Johnson, Anselmo, Murdoch, Burke & George, P.A., Ft. Lauderdale, FL, for Bill Terry.
 Appeal from the United States District Court for the Southern District of Florida (No. 92-8010-CIV-SH); Shelby Highsmith, Judge.
 Before, HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges, and KRAVITCH, Senior Circuit Judge.
 
 BY THE COURT:
 
 1
 The judgment of the district court is hereby REINSTATED and AFFIRMED.